UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

QUY VAN PHAM,

      Petitioner,

        v.                         CAUSE NO. 3:26-CV-37-CCB-SJF

KRISTI NOEM, et al.,

      Respondents.

## ORDER

On April 9, 2026, the court granted the habeas petition and ordered the respondents to release Quy Van Pham and to certify compliance with this order by filing a notice by April 13, 2026. ECF 13. That date has passed without the respondents filing any response to the court's order.

For these reasons, the court **ORDERS** the respondents to show cause by **April 17, 2026**, as to why they have not complied with the order directing them to file a notice of compliance.

SO ORDERED on April 14, 2026.

                               /s/ *Cristal C. Brisco*
                              CRISTAL C. BRISCO, JUDGE
                              UNITED STATES DISTRICT COURT