UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

QUY VAN PHAM,

Petitioner,

v.                                                    CAUSE NO. 3:26-CV-37-CCB-SJF

KRISTI NOEM, et al.,

Respondents.

ORDER

On April 9, 2026, the court granted the habeas petition and ordered the respondents to release Quy Van Pham and to certify compliance with this order by filing a notice by April 13, 2026. ECF 13. That date has passed without the respondents filing any response to the court's order, so the court ordered the respondents to show cause as to why they had not complied with the order directing them to file a notice of compliance. ECF 15.

The respondents have now filed a response certifying that they have complied with the order granting habeas relief by releasing the petitioner from the Miami Correctional Facility on April 9, 2026, under the same conditions of supervised release. ECF 16. They explain that they neglected to file a timely certification due to a calendaring error and that they will take all necessary steps to avoid such errors in the future. *Id.* The court accepts this explanation and will now close this case.

For these reasons, the court DIRECTS the clerk to enter judgment consistent with the order granting habeas relief (ECF 13) and to close this case.

SO ORDERED on June 11, 2026.

/s/ *Cristal C. Brisco*

CRISTAL C. BRISCO, JUDGE
UNITED STATES DISTRICT COURT